NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RICHARD E. ROBINSON (Cal. Bar No. 90840)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0713
    Facsimile:  (213) 894-6269
    E-mail:     Richard.robinson@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nine Digital Devices and Images of Digital Devices Obtained from Michael Stollery and in the Possession of the FBI | No. 2:18-MJ-01323<br><br>ORDER ALLOWING EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICES |

    For good cause shown, IT IS HEREBY ORDERED that the government may retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days (beyond the time period previously authorized), the following digital devices:

        a.   One Ledger Blue cryptocurrency cold storage device ("Subject Device 1");

        b.   One silver/white Apple iPhone X IMEI number 359412081493557 ("Subject Device 2");

        c.   One gold Apple iPhone 6S Plus IMEI number 353286076727443 ("Subject Device 3");

        d.   Electronic image of Hewlett-Packard laptop computer serial number 5CG7213KZM ("Subject Device 8"); and

        e.    Electronic image of one black Origin Neuron computer tower serial number C3170315000825 ("Subject Device 9").

9/20/18

DATE                                       UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
Richard E. Robinson
Assistant United States Attorney

2